Case: 26-2244, 08/11/2026, DktEntry: 1.1, (1 of 7)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

REGINALD MIMMS
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:25 CV 06683 (LLS)( )

-against-

**NOTICE OF APPEAL**

RONALD ROTH, et al.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: REGINALD MIMMS, Plaintiff

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: July 16, 2026
(date that judgment or order was entered on docket)

that: Civil Judgement entered on July 16, 2026, dismissing Plaintiffs amended complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 26th, 2026
Dated

Reginald Mimms
Signature*

MIMMS, REGINALD A.
Name (Last, First, MI)

955 UNDERHILL AVE Apt #2004 | BRONX | NY | 10473
Address | City | State | Zip Code

(347) 712-8460
Telephone Number

ReggieMimms@yahoo.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

RECEIVED

AUG - 4 2026

CLERK'S OFFICE

Appeals

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 1797 0827 40

9514 7067 1386 6212 2307 15

USPS CERTIFIED MAIL®

SHIP TO:

UNITED STATES DISTRICT COURT SDNY
500 PEARL ST
NEW YORK NY 10007-1316

C099

RETURN RECEIPT REQUESTED

REGINALD MIMMS
APT 2004
955 UNDERHILL AVE
BRONX NY 10473-2709

2.60 oz

RDC 99

USPS FIRST-CLASS MAIL®

F

US POSTAGE IMI

$11.60

SSK

FCM

07/31/26 Mailed from 10473 028W2311535

9251607311174959 2000391765

CLOSED,APPEAL,ECF,PRO−SE,SUA−SPONTE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25−cv−06683−LLS

Mimms v. Roth et al
Assigned to: Judge Louis L. Stanton
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/11/2025
Date Terminated: 07/16/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Reginald Mimms** represented by **Reginald Mimms**
955 Underhill Ave.
#2004
Bronx, NY 10473
PRO SE

V.

**Defendant**

**Ronald Roth**

**Defendant**

**Nolan Roth**

**Defendant**

**Dennis Villasana**

**Defendant**

**Michael Lamonsoff**

**Defendant**

**S. Khalife**

**Defendant**

**Roth & Khalife LLP**

**Defendant**

**Jay Tattenbaum**

**Defendant**

**Lawyers at Marshall DenneheyWarner Coleman & GOGGIN LAW FIRM**

**Defendant**

**USCLAIMS OPCO LLC d/b/a USCLAIMS**

**Defendant**

**USCLAIMS a/k/a FIVE STAR FUNDING**

**Defendant**

**Cynthia Jean−Baptiste**

**Defendant**

**Daniel Naihmer**

**Defendant**

**Harold L. Moroknek**

**Defendant**

**Darren Moore**

**Defendant**

**Omar Howe**

**Defendant**

**Lorraine Wright**
*Grievance Committee Employee*

**Defendant**

**Reginald Thomas**
*Grievance Committee Employee*

**Defendant**

**Joe Dopina**
*Grievance Committee Employee*

**Defendant**

**Adam Polo**

**Defendant**

**Dennehey Law Firm**

**Defendant**

**Ina Iberlingeri−Vicenty**

**Defendant**

**Ana Romero**

**Defendant**

**Maressa Mendanha**

**Defendant**

**USCLAIMS Litigation Department**
**Boca Raton**

**Defendant**

**Steven B. Saal, Esq.**

**Defendant**

**Jonathan Peek**
*Geiko*

**Defendant**

**Dana Barretta**
*Geiko*

**Defendant**

**Darren Jorge Dopica**

**Defendant**

**Grievance Committee Employees**

**Defendant**

**Attorney And 1 − 10 JOHN DOES**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2025 | 1 | COMPLAINT against Michael Laminsoff, Nolan Roth, Ronald Roth, Dana Villasana. Document filed by Reginald Mimms..(kgo) (Entered: 08/15/2025) |
| 08/11/2025 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Reginald Mimms..(kgo) (Entered: 08/15/2025) |
| 08/11/2025 | | Case Designated ECF. (kgo) (Entered: 08/15/2025) |
| 08/15/2025 | 3 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (kgo) (Entered: 08/15/2025) |
| 08/15/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(kgo) (Entered: 08/15/2025) |
| 08/15/2025 | | NOTICE OF CASE REASSIGNMENT − SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 08/15/2025) |
| 08/16/2025 | 4 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. See 28 U.S.C. § 1915. SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/16/2025) (ks) (Entered: 08/21/2025) |
| 08/18/2025 | | MAILING RECEIPT: Document No: 3. Mailed to: Reginald Mimms 955 Underhill Ave. #2004 Bronx, NY 10473. (anc) (Entered: 08/18/2025) |
| 08/25/2025 | | MAILING RECEIPT: Document No: 4. Mailed to: Reginald Mimms 955 Underhill Ave. #2004 Bronx, NY 10473. (nb) (Entered: 08/25/2025) |

| | | |
|---|---|---|
| 11/10/2025 | | NOTICE OF CASE REASSIGNMENT − SUA SPONTE to Judge Louis L. Stanton. Judge Laura Taylor Swain is no longer assigned to the case. (vba) (Entered: 11/10/2025) |
| 11/10/2025 | 5 | ORDER OF DISMISSAL WITH LEAVE TO REPLEAD: The Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii), and for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h), with 30 days' leave to replead. The Court directs the Clerk of Court to hold this matter open on the docket until a civil judgment is entered (Signed by Judge Louis L. Stanton on 11/10/2025) (tro) (Entered: 11/12/2025) |
| 11/12/2025 | 6 | LETTER MOTION MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS WITH AFFIRMATION IN SUPPORT from Reginald Mimms dated 11/12/2025. Document filed by Reginald Mimms. (tp) (Entered: 11/18/2025) |
| 11/13/2025 | | MAILING RECEIPT: Document No: 5. Mailed to: Reginald Mimms 955 Underhill Ave. #2004 Bronx, NY 10473. (anc) (Entered: 11/13/2025) |
| 11/13/2025 | 7 | LETTER MOTION MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS WITH AFFIRMATION IN SUPPORT from Reginald Mimms dated 11/12/2025. Document filed by Reginald Mimms. (tp) (Entered: 11/19/2025) |
| 12/04/2025 | 8 | AMENDED COMPLAINT amending 1 Complaint against Michael Laminsoff, Nolan Roth, Ronald Roth, Dennis Villasana, S. Khalife, Roth & Khalife LLP, Jay Tattenbaum, Marshall Dennehey, Warner Coleman & Goggin Law Firm, USCLAIMS OPCO LLC, USCLAIMS a/k/a FIVE STAR FUNDING, Cynthia Jean−Baptiste, Daniel Naihmer, Harold Moranek, Darren Moore, Omar Howe, Lorraine Wright, Reginald Thomas, Joe Dopina, Adam Polo with JURY DEMAND.Document filed by Reginald Mimms. Related document: 1 Complaint..(jjc) (Entered: 12/05/2025) |
| 07/14/2026 | 9 | ORDER OF DISMISSAL: Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted and on immunity grounds, 28 U.S.C. § 1915(e)(2)(B)(ii)−(iii), and without prejudice for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3). The Court declines to exercise its supplemental jurisdiction of any state−law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3). The pending motions for an extension of time to serve the amended complaint are dismissed as moot, and the Clerk of Court is directed to terminate them. (ECF 6, 7.) The Court directs the Clerk of Court to enter judgment in this action. Motions terminated: 6 LETTER MOTION for Extension of Time addressed to Judge Louis L. Stanton from Reginald Mimms dated 11/12/2025. filed by Reginald Mimms, 7 LETTER MOTION for Extension of Time addressed to Judge Louis L. Stanton from Reginald Mimms dated 11/12/2025. filed by Reginald Mimms. (Signed by Judge Louis L. Stanton on 7/14/2026) (rro) Transmission to Orders and Judgments Clerk for processing. (Entered: 07/14/2026) |
| 07/15/2026 | | MAILING RECEIPT: Document No: 9. Mailed to: Reginald Mimms 955 Underhill Ave. #2004 Bronx, NY 10473. (nb) (Entered: 07/15/2026) |
| 07/16/2026 | 10 | CIVIL JUDGMENT that for the reasons stated in the July 14, 2026, order, Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted and on immunity grounds, 28 U.S.C. § 1915(e)(2)(B)(ii)−(iii), and without prejudice for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3). The Court declines to exercise its supplemental jurisdiction of any state−law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3). SO ORDERED. (Signed by Judge Louis L. Stanton on 7/16/2026) (Attachments: # 1 Appeal Package) (tp) (Entered: 07/16/2026) |
| 07/17/2026 | | MAILING RECEIPT: Document No: 10. Mailed to: Reginald Mimms 955 Underhill Ave. #2004 Bronx, NY 10473. (nb) (Entered: 07/17/2026) |
| 08/04/2026 | 11 | NOTICE OF APPEAL from 10 Judgment. Document filed by Reginald Mimms. (Attachments: # 1 Appendix Motion for IFP).(tp) (Entered: 08/10/2026) |
| 08/10/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 11 Notice of Appeal. (tp) (Entered: 08/10/2026) |
| 08/10/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 11 Notice of Appeal filed by Reginald Mimms were transmitted to |

| | | |
|---|---|---|
| | | the U.S. Court of Appeals. (tp) (Entered: 08/10/2026) |